Case 3:06-cv-07534-PJH Document 17 Filed 06/08/2007 Page 1 of 3

Alison Berry Wilkinson (SBN 135890)
Don Ramsey (SBN 87610)
Matthew George (SBN 239322)
**RAINS, LUCIA & WILKINSON LLP**
2300 Contra Costa Blvd., Suite 230
Pleasant Hill, CA 94523
Tel: (925) 609-1699
Fax: (925) 609-1690

William B. Aitchison (SBN 90642)
**AITCHISON & VICK, INC.**
3021 NE Broadway
Portland, OR 97232
Tel: (503) 282-6160
Fax: (503) 282-5877
Email: will@aitchisonvick.com

Attorneys for Plaintiff
BRIAN CARTER

**CHAMBERS COPY**
**Do Not File**

**E-Filing**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**BRIAN CARTER**

Petitioner,

v.

**CITY OF MARTINEZ**

Respondent.

Case Number: C 06-7534 PJH

**STIPULATION AND ORDER TO EXTEND DISCOVERY AND MEDIATION DEADLINES AND FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

Complaint Filed: December 8, 2006
Trial Date: Not set

///

///

///

///

THE PARTIES HEREBY STIPULATE:

On March 15, 2007, this Court issued a civil minute order regarding pre-mediation discovery as well as setting a deadline for completion of mediation by July 13, 2007. The deadlines were in accordance with the time-table set out for discovery and completion of mediation in the parties' Joint Case Management Statement filed on March 8, 2007.

On March 31, 2007, the Court appointed Robert A. Edwards as the mediator in this matter. The parties scheduled a mediation for June 26, 2007.

As stated in the Joint Case Management Statement and Order, the parties must engage in extensive discovery in order to conduct a meaningful mediation. The parties have both been diligent and made good faith efforts to supply the necessary discovery in a timely manner. Necessary discovery to be completed prior to mediation includes the production of electronic payroll data for all consenters in this FLSA collective action. In order to calculate reasonable estimates of damages for purposes of mediation, that payroll data must be analyzed with information obtained from consenters during extensive telephone interviews conducted with each consenter. This is a time consuming and labor intensive process. Because the parties are still in the process of compiling, exchanging, and processing the necessary discovery, they would be unable to complete a meaningful mediation on June 26, 2007.

The parties hereby request a formal order extending the deadline for completion of mediation to October 31, 2007. To the extent possible or available with reasonable efforts, the Defendant will provide payroll data for all consenters in electronic form. The Defendant will make all reasonable efforts to provide available payroll data for all consenters by July 6, 2007. By August 31, 2007, the Plaintiffs will make all reasonable efforts to supply to the Defendant calculations of proposed damages as well as an explanation of how those damages were computed. On August 31, 2007, the Plaintiffs will also disclose the person most knowledgeable about the Plaintiffs' claims and defenses.

///

///

///

///

The parties also request a continuance of the case management conference currently scheduled for August 15, 2007, to November 15, 2007, after the completion of mediation.

Dated: 6/8/07

Matthew George
Attorney for Brian Carter and all Consentors

Dated: 6/8/07

Marla Letellier
Attorney for City of Martinez

IT IS SO ORDERED:

Dated: 6/15/2007

FOR
Hon. Phyllis J. Hamilton
Judge of the District Court

3

STIPULATION AND ORDER TO EXTEND DISCOVERY AND MEDIATION DEADLINES AND FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE