1  Harry Stern (SBN 176854)
   Matthew George (SBN 239322)
2  **RAINS, LUCIA & WILKINSON LLP**
3  2300 Contra Costa Blvd., Suite 230
   Pleasant Hill, CA 94523
4  Tel: (925) 609-1699
   Fax: (925) 609-1690
5

6  William B. Aitchison (SBN 90642)
   **AITCHISON & VICK, INC.**
7  3021 NE Broadway
   Portland, OR 97232
8  Tel: (503) 282-6160
   Fax: (503) 282-5877
9  Email: will@aitchisonvick.com

10
   Attorneys for Plaintiff
11 BRIAN CARTER

12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN CARTER** | ) Case Number: C 06-7534 PJH |
| Plaintiff, | ) **JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ORDER** |
| v. | |
| **CITY OF MARTINEZ** | |
| Defendant. | |
| | ) Complaint Filed: December 8, 2006 |
| | ) Trial Date: Not set |

///

///

///

///

1

JOINT CASE MANAGEMENT CONFERENCE STATEMENT

The parties to the above-captioned action jointly submit this Case Management Statement.

As indicated in the last Case Management Statement filed on January 3, 2008, the parties reached a settlement agreement at the second mediation session held on December 13, 2007. This settlement agreement was approved by the City Council on December 19, 2007. On January 10, 2008, the City provided drafts of the proposed settlement documents and related side letter agreements to the Plaintiffs. The Plaintiffs are currently reviewing these documents, as well as engaging in administrative matters related to finalizing the settlement which will include finalizing the language of settlement documents, providing the City with the allocation and distribution of settlement amounts, and obtaining the signatures of all of the consenting Plaintiffs. The Plaintiffs are still evaluating the most efficient means of doing so and estimate that this process will take a few more weeks.

In the meantime, the parties request that the Court continue the case management conference for 4-6 weeks while the parties finalize and execute the settlement agreement and documents.

Dated: 2/6/08

Matthew George
Attorney for Brian Carter and all Consenters

Dated: 2/6/08

Marla Letellier
Attorney for City of Martinez

IT IS SO ORDERED:

Dated: 2/11/08

Hon. Phyllis J. Hamilton
Judge of the United States District Court, Northern District of California

Case Management Conference set for March 27, 2008 at 2:30 p.m. Joint case management conference statement due by March 20, 2008.

2
JOINT CASE MANAGEMENT CONFERENCE STATEMENT

# PROOF OF SERVICE

Case Name: *Brian Carter v. City of Martinez*
United States District Court for the Northern District of California
Case No.: C-06-7534 PJH

I, Maggie Bedig, am a citizen of the United States, and am over 18 yeas of age. I am employed in Contra Costa County and am not a party to the above-entitled action. My business address is Rains, Lucia & Wilkinson LLP, 2300 Contra Costa Blvd., Suite 230, Pleasant Hill, California 94523. On the date set forth below I served a true and correct copy(ies) of the following document(s):

## JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE

upon all parties addressed as follows and said service was effected as indicated below:

- ☐ VIA U.S. MAIL – I placed true and correct copies of the above-referenced document(s) in a sealed envelope, properly addressed to the above-named parties, with postage prepaid in a receptacle regularly maintained by the United States Post Office.

- ☒ VIA ELECTRONIC MAIL: I attached a true and correct copy thereof in PDF format to an electronic mail message transmitted to the electronic mail address indicated below.

Cynthia O'Neill, Esq.
Marla K. Letellier, Esq.
Liebert Cassidy Whitmore
153 Townsend Street, Suite 520
San Francisco, CA 94107
F. 415.856.0306
coneill@lcwlegal.com
mletellier@lcwlegal.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and was executed on February 6, 2008 at Pleasant Hill, California.

*/s/ Maggie Bedig*
Maggie Bedig